UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHEKAD JEAN,
    Petitioner,

v.                                               Case No. 1:21-cv-431

TRACY JOHNS,                          HONORABLE PAUL L. MALONEY
    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

       This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2241. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 13, 2021, recommending that this Court deny the petition. The Report and Recommendation was duly served on the parties. No objections have been filed, *see* 28 U.S.C. § 636(b)(1), and the Court issues this Order. The Court will also issue a Judgment in this § 2241 proceeding. *See Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013) (requiring a separate judgment in habeas proceedings). Therefore,

       **IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 17) is APPROVED and ADOPTED as the Opinion of the Court and the petition for habeas corpus relief (ECF No. 1) is DENIED for the reasons stated in the Report and Recommendation.

       A Judgment will be entered consistent with this Order.

Dated: October 12, 2021                                  /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge