UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHEKAD JEAN,

    Petitioner,

v.

TRACY JOHNS,

    Respondent.
_____/

Case No. 1:21-cv-431

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: October 12, 2021

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge